

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Grady Roberts, Chairman
Conservation and Reclamation Committee
House of Representatives
Austin, Texas

Dear Sir:

Opinion No. O-3427
Re: Constitutionality of House
Bill No. 589, Forty-Seventh
Legislature.

In your letter of April 17, 1941, you request our opinion as to the constitutionality of House Bill No. 589, Forty-Seventh Legislature, now pending. This bill, if enacted, would grant to the Newton County Flood Control District of Newton County, Texas, all of the State ad valorem taxes collected in Newton County for general revenue purposes for a period of ten years.

Your attention is directed to the fact that the caption of this bill does not disclose that the period of the grant is limited to ten years. Before action is taken on this legislation the caption should be corrected accordingly.

A reading of the proposed Act clearly shows that your question is controlled by the case of Harris County Flood Control District vs. Mann, 140 S. W. (2d) 1089 by the Supreme Court. Upon correction of the caption as above suggested it is our opinion that said House Bill No. 589 would be a constitutional and valid enactment, subject, of course, to the passage of the Act creating the said Newton County Flood Control District.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By Glenn R. Lewis

Glenn R. Lewis
Assistant

APPROVED APR 21, 1941

James P. Hart
acting ATTORNEY GENERAL OF TEXAS

GRL:ej

APPROVED
OPINION
COMMITTEE
BY [signature]
CHAIRMAN

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT